ORIGINAL

In the United States District Court For the Northern District of Georgia Gainesville Division

Daryl Baptiste, plaintiff

vs.

State Board of Pardons & Paroles

Civil no. 2:01-CV-068-WCO

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville

NOV 2 1 2003

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

## Motion for Joinder of Relief

Comes Now Daryl Baptiste and moves the court pursuant to Federal Rule of Civil Procedure 19 and 20 to issue order plaintiff be joined as in the relief of the case Coleman Jackson v. State Board of Pardons & Paroles civil no. 2:01-CV-068-WCO, for the following reasons:

1) Plaintiff is serving a 15 yr. sentence from a August 21st 1993 incident. Plaintiff was convicted in the DeKalb County Superior Court of two (2) counts of Aggravated assault.

2.) The defendant has retro actively applied their 1998, 90% policy of time to serve to plaintiff's case.

3) Defendants have failed apply objective calculation procedures in place in their office which were in effect at the time of case inception nor apply a subjective discretion.

Pursuant to the doctrine of stare decisis plaintiff request relief stated by this court in its controlling decision

WHEREFORE plaintiff prays this court issue order that plaintiff be joined in as a party for the relief as issue by the court in its controlling decision

ALTERNATIVELY plaintiff prays the court issue order rule nisi a evidentiary hearing be set to inquire as to why the of plaintiff not be provided.

Respectfully Submitted on this 17th day of November 2003

Daryl Baptiste, pro se

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS AND

INFORMATION YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT. GIVING

FALSE ANSWERS OR INFORMATION WILL SUBJECT YOU TO PERJURY CHARGES

UNDER BOTH FEDERAL AND STATE LAW.

UNDER THE ABOVE, I DECLARE UNDER PENALTY OF PERJURY THAT THE

FOREGOING ANSWERS AND INFORMATION PROVIDED BY ME ARE TRUE AND

CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS _____16th_____ DAY OF _____May_____ ,20_03_.

_____SIGNATURE OF DECLARANT_____

Notary Public, Coffee County, Georgia
My Commission Expires Nov. 11, 2003

# Certificate of Service

Plaintiff affirms I have served a copy of the foregoing on the defendant via deposting the same in the U.S. Mail Box with proper postage addressed to:

Thurbert Baker
40 Captol Square SE
Atlanta, Ga ~~30303~~ 30334

Respectfully Submitted on this 17th day of November 2003

Reply to:
Daryl Baptiste 367975
P.O. Box 2000 L-3
Folkston, Ga 31537