ORIG

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D C. Gainesville

APR - 6 2004

LUTHER D THOMAS, Clerk
By: Deputy Clerk

COLEMAN JACKSON,

    Plaintiff,

VS.                  CIVIL NO. 2:01-CV-068-WCO

STATE BOARD OF PARDONS
& PAROLES; DEPARTMANT OF
OFFENDER REHABILITATION
OF THE STATE OF GEORGIA,

    Defendants.

## APPLICATION FOR ATTORNEY'S FEES
## FOR DEFENDING CROSS APPEAL

The undersigned counsel for Plaintiff and Cross Appellee submits this Application for Attorney's Fees for Defending Cross Appeal in accordance with the Order of the Court of March 25, 2004, and shows the Court as follows:

The underlying Order of the Court, May 29, 2002, was not appealed by the Defendants. Plaintiff's counsel then make application for attorney's fees under the Civil Rights Attorneys' Fees Award Act, 42 U.S.C. § 1988. The Court issued an Order, September 10, 2002, limiting the attorney's fees under the Prison Litigation Reform Act, 42 U.S.C § 1997e, (PLRA) and

1

awarded the Applicant attorney's fees for the preparing and defending the Application for Attorney's Fees, "fees on fees." Plaintiff appealed the limitation on the award of attorney's fees under the PLRA and the Defendants cross appealed the award of fees on fees. The Eleventh Circuit affirmed both the limitation of attorney's fees under the PLRA and the award of fees on fees. *Jackson v. State Board of Pardons and Paroles*, 331 F. 3d 790 (11th Cir. 2003). Plaintiff's counsel timely made Application for Award of Attorney's Fees to the Court of Appeals for the Eleventh Circuit in the amount of $ 3,442.50 for 25.5 hours spent on research of the issue of fees on fees; drafting, revising, and filing Brief of Cross-Appellee; preparation for argument and attending argument; and preparation and filing of the application for attorney's fees. No time is included for research and drafting the Brief of Appellant or preparing the Record Excerpts. The detailed time, Affidavit, and Form to Accompany Application for Attorney's Fees are more particularly described in the attached documentation required by the Eleventh Circuit in accordance with 11th Cir. R. 39-2. The Eleventh Circuit issued a decision awarding fees on fees to the Plaintiff's counsel, but remanded to the District Court for determination of the final award. *Jackson v. State Board of Pardons and Appeals*, No. 02-15545-AA (11th Cir. July 11, 2003).

The Plaintiff's counsel resubmits the attached Application for Attorney's Fees to the District Court which was submitted to the Eleventh Circuit for final determination by the District Court as remanded by the Eleventh Circuit. The hours were spend in research of the issue of fees on fees, drafting, revision and filing the Cross-Appellee's Brief defending fees on fees, and the time to prepare and argue in the Eleventh Circuit as well as preparation and filing of the Motion and Memorandum for Award of Attorney's fees. The hourly rate applied of $135.00 per hour is the rate approved in the Northern District of Georgia under the PLRA.

Plaintiff's counsel submits this Application for Attorney's Fees for Defending Cross Appeal in the amount of $3,442.50 or whatever amount the Court awards.

This _____ day of April, 2004.

Respectfully Submitted,

McNeill Stokes,
Georgia Bar Number 683600
Attorney for Plaintiffs

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Telephone: 404-352-2144
Facsimile: 404-367-0353

3

U.S. COURT OF APPEALS
RECEIVED
CLERK

JUN 03 2003

ATLANTA, GA.

UNITED STATE COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

COLEMAN JACKSON,                          CASE NO. 02-15545-A
        Appellant,

V.

STATE BOARD OF PARDONS
AND PAROLES, ET AL.,
        Appellee.

## APPLICATION FOR AWARD OF ATTORNEY'S FEES
## AND
## MEMORANDUM IN SUPPORT OF
## AWARD OF ATTORNEY'S FEES

Plaintiff, Appellant and Cross-Appellee, through his undersigned

counsel, submits this Application for Award of Attorney's Fees and

Memorandum in Support of the Award of Attorney's Fees, and shows the

Court as follows.

## THE AWARD OF ATTORNEY'S FEES ARE AUTHORIZED BY
## 42 U.S.C. § 1988 AND 42 U.S.C. § 1997e FOR THE DEFENSE OF THE
## CROSS APPEAL CHALLENGING THE AWARD OF FEES ON FEES
## WHICH WAS UPHELD BY THE COURTS OPINION

The Appellee filed a cross appeal challenged the right of a successful

Plaintiff to "fees on fees" in a §1983 action arguably subject to the Prison

Litigation Reform Act, 42 U.S.C. § 1997e, ("PLRA). That issue was decided

by the panel in this case that the Appellant is entitled to attorney's fees in

preparing and defending the award of attorney's fees even under the

limitations of the PLRA. The Court's Opinion affirmed the award of fees on fees by the District Court and the Appellant's counsel is entitled to attorney's fees in defending the Appellee's cross appeal, including legal research, brief writing, preparation for and attending oral argument, and preparation of this Application for Award of Attorneys Fees.

## APPLICATION FOR AWARD OF ATTORNEY'S FEES

The Appellant makes this Application for Award of Attorney's Fees in the amount of $ 3,442.50 for 25.5 hours spent on research of the issue of fees on fees; drafting, revising, and filing a reply brief to Appellee's brief; preparation for argument and attending argument; and preparation and filing of this application for attorney's fees. The detailed time, Affidavit, and Form to Accompany Application for Attorney's Fees are attached as required documentation in accordance with 11th Cir. R. 39-2.

This _____ day of June, 2003.

Respectfully Submitted,

McNeill Stokes
Attorney for Appellant

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Telephone: 404-352-2144
Facsimile: 404-367-0353

# Form to Accompany Application for Attorney's Fees

Summary of work performed by (name):_____McNeill Stokes_____

Total compensation requested for this person:_____$3,442.50_____

Hourly rate of compensation requested for this person:_____$135.00_____

This person is an:

☒ attorney   ☐ law student/graduate   ☐ certified paralegal   ☐ other:_____

| Category | Total Hours |
|---|---|
| Interviews and conferences | |
| Obtaining and reviewing records | |
| Legal research | 4.5 |
| Brief writing | 9.0 |
| Preparing for and attending oral argument | 7.5 |
| Other (specify on additional sheets if necessary):<br><br>Preparation and filing of Motion and Memorandum for Award of Attorney's Fees. | 4.5 |
| Total hours claimed for this person | 25.5 |

*Instructions: on the applicable lines, enter the total time spent in each category. A separate form must be completed for each person for whom time is claimed. Attach contemporaneous time records reflecting all hours listed and indicating the dates on which the work was performed. An affidavit attesting to the truthfulness of the information contained in the application and demonstrating the basis for the hourly rate(s) requested must also accompany the application.*

Rev.: 1/03

Re: Coleman Jackson v. State Board of Pardons and Paroles, Appeal to the
Court of Appeals for the Eleventh Circuit

| Date | Matter | Time |
|------|--------|------|
| 9/22/02 | Drafted notice of appeal and review of Eleventh Circuit rules. | 1.0 |
| 9/23/02 | Finalized research and filed in Gainesville notice of appeal. | 3.0 |
| 9/27/02 | Drafted civil appeal statement and further review of rules. | 1.0 |
| 9/30/02 | Finalized and filed by mail civil appeal statement and served copies. | .5 |
| 10/9/02 | Review of cross appeal and research into rules for cross appeals and preliminary research into fees on fees issues. | 1.5* |
| 10/15/02 | Receipt of docketing notice and telephone call to docket clerk concerning the timing and necessity of a transcript for a question of law of attorneys fees. Review of Eleventh Circuit rules for briefs and outlined headings. | 3.0 |
| 10/16/02 | Research of case law for brief at Stokes & Murphy of all PLRA cases and attorney's fees. Read cases and outlined cases according to issues. | 3.5 |
| 10/17/02 | Started writing argument and other parts of brief. | 2.5 |
| 10/21/02 | Working on writing and revising brief. | 2.0 |
| 10/24/02 | Continued revising brief. | 1.5 |
| 10/29/02 | Review of record excerpt requirements, outlined attachments, and writing brief. | 4.0 |

| DATE | MATTER | TIME |
|---|---|---|
| 11/4/02 | Telephone conference with docket clerk and trip to Eleventh Circuit to borrow a record excerpts and sample brief. Working on form of brief and record excerpts. Research at Georgia State Law Library on legislative history of PLRA. | 4.0 |
| 11/5/02 | Smoothing brief and updated research on LEXIS. | 1.5 |
| 11/9/02 | Finalized Eleventh Circuit brief and proof read and revised. | 6.0 |
| 11/12/02 | Finalized record excerpts and reproof of brief. | 2.0 |
| 11/13/02 | Worked with Richard Brady on page numbers and uplink electronic filing of brief. | 2.0 |
| 11/14/02 | Printed and filed brief revised record excepts and served copies. | 3.5 |
| 11/26/02 | Review of brief of appellee. | 1.0* |
| 12/1/02 | Research on fees on fees issue and drafting reply brief. | 6.0* |
| 12/2/02 | Revised reply brief and proof read. | 2.5* |
| 12/3/02 | Checked form and revised reply brief and uplinked electronic filing with Richard Brady Printed and filed reply brief at Eleventh Circuit. | 2.5* |
| 12/6/02 | Telephone call with docket clerk and reprinted and re-filed reply brief with red covers because of cross appeal. | 2.0 |
| 3/13/03 | Re-read all cases and outlined argument. | 4.5* |
| 3/14/03 | Trip to Eleventh Circuit and argument. | 3.0* |

| DATE | MATTER | TIME |
|------|--------|------|
| 5/21/03 | Review of Eleventh Circuit decision. | .5 |
| 5/28/03 | Call to docket clerk for form for attorney's fees and review of rules. | .5* |
| 6/1/03 | Drafted attorney's fees motion and memorandum. | 1.5* |
| 6/2/03 | Finalized attorney's fees motion and form. | 1.0* |
| 6/3/03 | Printed and filed attorney's fees motion and affidavit at Eleventh Circuit. | 1.5* |

*Time spent on cross appeal and fees on fees issue including reply brief, preparation for argument, argument, and preparation of motion for fees on successful affirmance of cross appeal:

25.5 hours at $135.00 per hour - $3,442.50

The above time records are true and correct and the basis of the hourly rate of $135.00 is the hourly rate approved by the United States District Court for the Northern District of Georgia for award of attorney's fees under the Prison Litigation Reform Act.

McNeill Stokes

Sworn to and Subscribed to
this 3rd day of June, 2003.

Notary Public

BRENDA J McMAHAN
Notary Public, Cobb County, Georgia
My Commission Expires July 10, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the date listed below that a true copy of the foregoing Application for Award of Attorney's Fees and Memorandum in Support of Application for Award of Attorney's Fees was placed in the United States Mail, with adequate postage prepaid and addressed to:

Devon Orland
Assistant Attorney General
40 Capitol Square
Atlanta, Georgia 30334

This _3rd_ day of June, 2003.

McNeill Stokes

1040 Peachtree Battle Ave.
Atlanta, Georgia 30327
Telephone: 404-352-2144
Facsimile: 404-367-0353

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the date listed below that a copy of the foregoing Application for Attorney's Fees for Defending Cross Appeal was placed in the United States Mail, with adequate postage prepaid and addressed to:

Devon Orland
Assistant Attorney General
State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334.

This 3rd day of April, 2004.

McNeill Stokes

4