**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

COLEMAN JACKSON,

      Petitioner,

vs.

STATE BOARD OF PARDONS &
PAROLES, et al

      Respondents.

CIVIL ACTION FILE

NO. 2:01-cv-0068-WCO

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior

United States District Judge, for consideration of petitioner's motion for a determination

of the amount of attorney fees to which petitioner is entitled for successfully defending

the state's cross-appeal, and the court having granted said motion, it is

**Ordered and Adjudged** that the petitioner recover from respondents the amount

of $1,755.00 as reasonable attorney fees.

Dated at Gainesville, Georgia this 6th day of May, 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
     Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   May 6, 2004
Luther D. Thomas
Clerk of Court

By: _____
   Deputy Clerk